UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NETTIE BLANCHARD,

                Plaintiff,

    v.

CAROLYN. W COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. C13-5349-MJP-BAT

**ORDER AMENDING THE SCHEDULING ORDER**

Based on plaintiff's Motion to Amend the Scheduling Order (Dkt. 15), and defendant's counsel has no opposition, it is ORDERED the Scheduling Order shall be amended as follows:

- Plaintiff's Opening Brief is due: **September 20, 2013**.

- Defendant's Response Brief is due: **October 18, 2013**.

- Plaintiff's optional Reply Brief is due: **November 1, 2013**.

DATED this 1st day of August, 2013.

                                            _____
                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge