UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NETTIE BLANCHARD,<br><br>      Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>      Defendant. | Case No. C13-5349-MJP-BAT<br><br>**REPORT AND RECOMMENDATION** |

  Nettie Blanchard brought an action seeking review of the denial of her applications for Disability Insurance Benefits and Supplemental Security Income. Dkt. 3. The Commissioner has filed a stipulated motion the case be remanded, pursuant to sentence six of 42 U.S.C. § 405(g), for further administrative proceedings. Dkt. 22. The parties stipulate the case should be remanded because the recording of the hearing the ALJ conducted on July 11, 2011, is inaudible and on remand, the Administrative Law Judge shall conduct a de novo hearing;

  The Court has reviewed the motion and record, and recommends the case be **REVERSED** and **REMANDED** for further administrative proceedings pursuant to the terms of the parties' stipulated motion. As the parties stipulate to remand, the Court recommends if this recommendation is adopted, that it be approved immediately. A proposed order accompanies

REPORT AND RECOMMENDATION - 1

1 this Report and Recommendation.

2     DATED this 5th day of November, 2013.

BRIAN A. TSUCHIDA  
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2