UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NETTIE BLANCHARD,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>                    Defendant. | Case No. C13-5349-MJP-BAT<br><br>**REPORT AND RECOMMENDATION** |

      This case was previously remanded pursuant to sentence 6 of 42 U.S.C. § 405(g) for further development of the record, as the certified administrative transcript was incomplete. Dkt. 22, 24.  Upon remand to an administrative law judge, plaintiff withdrew her request for hearing and the matter was dismissed. Dkt. 26, Attach. 2.  Because all action on the applications protectively filed on September 10, 2009, is now complete, the parties have filed a stipulated motion to dismiss this action and enter a final judgment. Dkt. 26.

      The Court has considered the stipulation and the record and recommends that the stipulated motion to dismiss (Dkt. 26) be granted and that final judgment be entered.  A proposed order accompanies this Report and Recommendation.  Because the parties have stipulated to the

///

REPORT AND RECOMMENDATION - 1

dismissal of this case, the Clerk should note this matter as immediately ready for the Court's consideration.

DATED this 22nd day of September, 2015.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2