UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NETTIE BLANCHARD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. C13-5349-MJP<br><br>**ORDER** |

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

　1)　The Court adopts the Report and Recommendation.

　2)　This case is **DISMISSED**.

The Clerk shall provide copies of this Order to the parties and to Judge Tsuchida.

DATED this 28th day of September, 2015.

　　　　　　　　　　　　　　　　　　　　/s/ Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1

ORDER - 2